**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William T Boland** | Social Security number or ITIN  xxx–xx–9119 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Illinois | Date case filed for chapter  7   4/23/21 |
| Case number: | 21–05350 | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | William T Boland | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 7337 Richmond Avenue<br>Darien, IL 60561–4116 | | |
| 4. | **Debtor's attorney**<br>Name and address | Carlos F Cisneros Vilchis<br>O'Flaherty Law<br>1515 Legacy Circle<br>1A<br>Naperville, IL 60563 | | Contact phone 6303246666<br>Email:  carlos@oflaherty–law.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas E Springer<br>Springer Larsen Greene, LLC<br>dba Springer Brown<br>300 South County Farm Road<br>Suite G<br>Wheaton, IL 60187 | | Contact phone 630–510–0000<br>Email: tspringer@springerbrown.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **William T Boland**                                                                                                                  Case number **21–05350**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division  219 S Dearborn  7th Floor  Chicago, IL 60604 | Hours open:  8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.  Contact phone 1–866–222–8029  Date: 4/26/21 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 24, 2021 at 02:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  **Debtors must bring a picture ID and proof of their Social Security Number.** | Location:  **Appear by VIDEO. See details, www.justice.gov/ust–regions–r11, Click: Chicago, Illinois Office** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/23/21** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                   page **2**

United States Bankruptcy Court

Northern District of Illinois

In re:  
William T Boland  
    Debtor  

Case No. 21-05350-JSB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: vvirgen      Page 1 of 2  
Date Rcvd: Apr 26, 2021      Form ID: 309A      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William T Boland, 7337 Richmond Avenue, Darien, IL 60561-4116 |
| 29338967 | + | ABACUS CREDIT COUNSELING, 17337 VENTURA BLVD, ENCINO CA 91316-3999 |
| 29338966 | + | CARLOS F. CISNEROS-VILCHIS, ATTORNEY FOR DEBTOR, 1515 LEGACY CIRCLE 1A, NAPERVILLE IL 60563-3161 |
| 29338972 | + | LACEY CREEK, 4200 LACEY ROAD, DOWNERS GROVE IL 60515-3473 |
| 29338975 | + | MARINER FINANCE, 8211 TOWN CENTER DRIVE, NOTTINGHAM MD 21236-5904 |
| 29338965 | + | WILLIAM BOLAND, DEBTOR, 7337 RICHMOND AVE, DARRIEN IL 60561-4116 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: carlos@oflaherty-law.com | Apr 26 2021 23:15:00 | Carlos F Cisneros Vilchis, O'Flaherty Law, 1515 Legacy Circle, 1A, Naperville, IL 60563 |
| tr | + | EDI: BTESPRINGER.COM | Apr 27 2021 02:23:00 | Thomas E Springer, Springer Larsen Greene, LLC, dba Springer Brown, 300 South County Farm Road, Suite G, Wheaton, IL 60187-2438 |
| 29338968 | + | EDI: TSYS2.COM | Apr 27 2021 02:23:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON DE 19899-8803 |
| 29338969 | + | EDI: CAPITALONE.COM | Apr 27 2021 02:23:00 | CAPITAL ONE, PO BOX 30281, SALT LAKE CITY UT 84130-0281 |
| 29338971 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2021 01:34:31 | CREDIT ONE BANK, PO BOX 60500, CITY OF INDUSTRY CA 91716-0500 |
| 29338970 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2021 01:34:31 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS NV 89193-8872 |
| 29338979 | | EDI: CAPITALONE.COM | Apr 27 2021 02:23:00 | Capital One, POB 30285, Salt Lake City UT 84130-0285 |
| 29338973 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2021 01:34:36 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE SC 29602-1269 |
| 29338976 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2021 01:34:24 | MERRICK BANK, PO BOX 9201, OLD BETHPAGE NY 11804-9001 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29338974 | *+ | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE SC 29602-1269 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos F Cisneros Vilchis | on behalf of Debtor 1 William T Boland carlos@oflaherty-law.com  carlos.f.cisnerosvilchis@gmail.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas E Springer | tspringer@springerbrown.com  IL85@ecfcbis.com;mspringer@springerbrown.com |

TOTAL: 3